# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | No. 2244 Disciplinary Docket No. 3 |
| | : | |
| SAMUEL JOSEPH HARRIS | : | Board File No. C4-15-968 |
| | : | |
| | : | Supreme Court of Tennessee at Nashville, |
| | : | No. M2015-02209-SC-BAR-BP |
| | : | |
| | : | Attorney Registration No. 65578 |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of April, 2016, having failed to reply to this Court's directive of February 12, 2016, to provide reasons against the imposition of reciprocal discipline, Samuel Joseph Harris is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.